IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:20-CR-45-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| QUAYSHAUN LAQUAN BANKS, ) | |
| ) | |
| Defendant. ) | |

With the consent of the parties, the trial in this case is rescheduled from Monday, October 3, 2022, to Friday, September 30, 2022, at 10:00 a.m. in courtroom one of the Terry Sanford Federal Building and United States Courthouse, 310 New Bern Avenue, Raleigh, North Carolina.

The court finds that the ends of justice served by rescheduling this trial outweigh the best interests of the public and the defendant in a speedy trial. The change is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A). The schedule will permit counsel for defendant and the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the pandemic. See id. § 3161(h)(7)(B)(iv).

All expert disclosures under Federal Rule of Criminal Procedure 16 must be filed not later than September 6, 2022. See Fed. R. Crim. P. 16(a)(1)(F)–(G), 16(b)(1)(B)–(C).

SO ORDERED. This 31 day of August, 2022.

JAMES C. DEVER III
United States District Judge