IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:20-CR-45-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| QUAYSHAUN LAQUAN BANKS | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the Court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses, without prejudice, Counts 1 and 4 of the Superseding Indictment, in light of the Defendant's plea of guilty to Counts 2 and 3 of the Superseding Indictment. The Government is prepared to proceed to sentencing on Counts 2 and 3.

Respectfully submitted this 16th day of September 2022.

MICHAEL F. EASLEY, JR.
United States Attorney

BY: */s/ Robert J. Dodson*
ROBERT J. DODSON
Assistant United States Attorney
Criminal Division
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4054
Facsimile: (919) 856-4487
Email: robert.dodson@usdoj.gov
NC Bar No. 41210

Leave of Court is granted for the filing of the foregoing dismissal, without prejudice, this 19 day of September, 2022.

JAMES C. DEVER III
United States District Judge